IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) Criminal No. 09-313<br>) (26 U.S.C. § 7203)<br>) |
| v. | |
| EDWARD SICELOFF | |

**FILED**
NOV 18 2009
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## INDICTMENT

The grand jury charges:

That during the calendar year 2004, the defendant, EDWARD SICELOFF, who was a resident of Darlington, Pennsylvania, in the Western District of Pennsylvania, had and received gross income of approximately $763,926; that by reason of such gross income he was required by law, following the close of the calendar year 2004, and on or before April 15, 2005, to make an income tax return to the Director, Internal Revenue Service Center, at Philadelphia, or other proper officer of the United States, stating specifically the items of his gross income and any deductions and credits to which he was entitled; that well-knowing and believing all of the foregoing, he did willfully fail to make an income tax return to said Director of the Internal Revenue Service Center, or to any other proper officer of the United States.

In violation of Title 26, United States Code, Section 7203.

A True Bill,

_____
Foreperson

_____
ROBERT S. CESSAR
Acting United States Attorney
PA ID No. 47736