IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | Criminal No. 09-313 |
| EDWARD SICELOFF | ) | |

### ARRAIGNMENT PLEA

Defendant EDWARD SICELOFF being arraigned, pleads NOT GUILTY in open Court this 15th day of December, 2009.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)