IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 09 - 313 |
| v. | ) | Judge Gustave Diamond |
| EDWARD SICELOFF | ) | Magistrate Judge Lisa Pupo |
| | ) | Lenihan |

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: _Thomas Livingston_     AUSA: _Shaun Sweeney_

1. Date of arraignment: 12 - 15 - 2009

2. Defendant is:   ___ incarcerated.
                   _X_ on bond.

3. Defendant entered a plea of _not guilty_.

4. The parties were advised that all pretrial motions must be filed within ten (10) days.

5. A Rule 16 conference:   _X_ has been held
                            ___ has not been held.

6. Discovery is _X_ completed   ___ not completed.

7. Defendant has requested to be tried by: _X_ Jury
                                            ___ non-Jury.

8. All parties have been advised that the matter:
   ___ has been scheduled for trial for _____.
   ___ has not been scheduled for trial.
   _X_ has not been scheduled for trial, but will be notified.

9. Estimated trial length: _1 Week_.

10. Defendant ___ has been processed by US Marshal.
              _X_ has not been processed by US Marshal, but has been advised to be processed.

                              _Lisa Pupo Lenihan_
                              U. S. Magistrate Judge

cc: Judge _Diamond_

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       )
                               )
        v.                     )   Criminal No. 09-313
                               )
EDWARD SICELOFF                )

## CERTIFICATION AND NOTICE FOR FILING PRETRIAL MOTIONS

I hereby certify that I have been notified by the United States Magistrate Judge that all pretrial motions must be filed within ten (10) days of Arraignment unless the Court extends the time upon written application made within said ten (10) day period.

Dec. 15 2009
Date

_____
Attorney for Defendant
EDWARD SICELOFF