```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE WESTERN DISTRICT OF PENNSYLVANIA


UNITED STATES OF AMERICA      )
                              )
         v.                   )    Criminal No. 09-313
                              )
EDWARD SICELOFF               )
```

**ORDER OF COURT**

AND NOW, this _____ day of January, 2010, upon consideration of the foregoing Defendant Edward Siceloff's Motion to Represent Himself and for the Court to Appoint Stand By Counsel, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is, GRANTED.

```
                          _____
                          Gustave Diamond
                          Senior United States District Judge
```