IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 09-313 |
| | ) |
| EDWARD SICELOFF | ) |

ORDER OF COURT

AND NOW, this 30th day of December, 2009, defendant having filed a motion to represent himself and for the court to appoint stand-by counsel (Document No. 12), IT IS ORDERED that a hearing for the above-named defendant on said motion be, and the same hereby is, scheduled for **Tuesday, January 19, 2010, at 11:00 A.M.**, in Courtroom No. 8B, Eighth Floor, United States Post Office and Courthouse, Pittsburgh, Pennsylvania.  Defendant is required to be present.

                                                      /s/ Gustave Diamond  
                                                      Gustave Diamond  
                                                      United States District Judge

cc:  Shaun E. Sweeney  
     Assistant U.S. Attorney

     Marketa Sims  
     Assistant Federal Public Defender

     United States Probation  
     United States Pretrial Services  
     United States Marshal