IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        )
                                )
            v.                   ) Criminal No. 09-313
                                )
EDWARD SICELOFF                  )

ORDER OF COURT

AND NOW, this ___30th___ day of December, 2009, upon consideration of defendant's Motion for Extension of Time for Filing Pretrial Motions, IT IS ORDERED that said motion (Document No. 13) be, and the same hereby is, **granted**; and,

IT FURTHER IS ORDERED that the extension of time caused by this continuance (from the filing of defendant's motion on December 28, 2009, until January 29, 2010) be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. §3161 et seq. Specifically, the court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant to a speedy trial, 18 U.S.C. §3161(h)(8)(A), since, for the reasons stated in defendant's motion, the failure to grant such continuance would deny counsel for defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. §3161(h)(8)(B)(iv); and,

AO 72
(Rev. 8/82)

IT FURTHER IS ORDERED that any pretrial motions referred to in Local Criminal Rule 12.1 are due on or before January 29, 2010.

_____
Gustave Diamond
United States District Judge

cc: Shaun E. Sweeney
    Assistant U.S. Attorney

    Marketa Sims
    Assistant Federal Public Defender