1

2          UNITED STATES DISTRICT COURT
3     FOR THE DISTRICT OF WESTERN PENNSYLVANIA

4  THE UNITED STATES OF AMERICA,        )  Case No.: 2:09-cr-00313-GD-1
                                        )
5              Plaintiff,               )  Challenge to Jurisdiction
                                        )
6              vs.                      )
                                        )
7  Edward Siceloff. DEFENDANT           )  Judge Gustav Diamond
                                        )
8              Accused                  )
                                        )
9  _____ )

10

11                    **Challenge to Jurisdiction**

12

13  Jurisdictional Challenge

14

15
16  Comes now the accused in the above styled action, Edward George Siceloff, acting in his own
    defense and moves this court to compel the plaintiff, by and thru plaintiff's representative, to
17  prove that Plaintiff has standing to bring its claim against him.

18  I am therefore moving this court to compel Plaintiff to present all evidence that Plaintiff has in
19  regard to Plaintiff's standing to bring this claim against me for my review.

20  The law herewith mandates that Plaintiff be compelled to comply before this case moves to the
21  prosecution phase.  The Accused has been denied the ability to make this motion by the turn of
    events immediately preceding the arraignment, when counsel was appointed to him while he
22  maintained that he wanted mere assistance of counsel.  Accused thus was not afforded his right
    to speak.  Timeliness of the motion was thus unable to be achieved, because of the procedure
23  taken to protect "other" rights of the accused.

24
25  This is my right under the constitutionally secured right to due process and it is the duty of the
    judge to compel Plaintiff to perform, or in lack of Plaintiff's performance, to dismiss the
26  proceedings for lack of jurisdiction.

27  If Plaintiff cannot prove standing, then the court is absent jurisdiction to examine the alleged
28  facts of this case or make any ruling upon any evidence concerning them.

29

30

PETITION TO STRIKE

1

2

3                     UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF WESTERN PENNSYLVANIA
4

5

6
THE UNITED STATES OF AMERICA,          )   Case No.: 2:09-cr-00313-GD-1
7                                       )
              Plaintiff,                )   Challenge to Jurisdiction
8                                       )
         vs.                            )
9                                       )
Edward Siceloff. DEFENDANT              )   Judge Gustav Diamond
10                                      )
              Accused                   )
11                                      )
12   _____   )

13                       **ORDER OF COURT**

14
     AND NOW, this _____day of January, 2010, upon the consideration of the foregoing accused
15
     Edward George Siceloff's motion to compel the Plaintiff, through Plaintiff's representative, to
16
     produce evidence of the Plaintiff's standing to bring this claim upon Edward George Siceloff,  it is
17
     hereby ORDERED, ADJUDGED AND DECREED THAT that said motion be and the same hereby,
18
     is GRANTED.
19

20

21

22

23

24

25
                                        _____
26                                      Gustave Diamond
                                        Senior United States District Judge
27

28

29

30

                                                           PETITION TO STRIKE