UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN PENNSYLVANIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No.: 2:09-cr-00313-GD-1 |
| Plaintiff, ) | Challenge to Grand Jury Array |
| vs. ) | |
| Edward Siceloff. DEFENDANT ) | Judge Gustav Diamond |
| Accused ) | |

**ORDER OF COURT**

AND NOW, this Fifteenth day of February, 2010, upon the consideration of the foregoing, accused Edward George Siceloff moves the United States District Court for the District of Western Pennsylvania, to produce the list of the grand jury array, specifically, so that it may be examined by Edward George Siceloff for the purpose of proving the lawfulness of the array. To maintain privacy of the jury members, their name and the United States Post Office zip code assigned to their Postal Route shall be produced to determine whether or not they live on Federal land. Only in zip codes where there is Federal land shall their addresses be listed so that it may be determined whether or not they live on that Federal land. If there is no federal land in the county where they live, the determination is by default: the juror does not live on Federal land and is ineligible for Grand Jury service.

It is hereby ORDERED, ADJUDGED AND DECREED THAT that said motion be and the same hereby, is GRANTED.

_____
Gustav Diamond
Senior United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30