IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            )
                                    )
                v.                  )   Criminal No. 09-313
                                    )
EDWARD SICELOFF                     )

ORDER OF COURT

AND NOW, this _5th_ day of April, 2010, IT IS ORDERED that
jury selection and trial in the above case shall commence before
this member of the court on **Monday, May 10, 2010, at 9:30 a.m.** in
Courtroom No. 8B, Eighth Floor, United States Post Office and
Courthouse, Pittsburgh, Pennsylvania. Defendant is required to be
present; and,

IT FURTHER IS ORDERED that all requested voir dire questions
and requested points for charge shall be submitted on or before
**April 30, 2010.**

_Gustave Diamond_
Gustave Diamond
United States District Judge

cc:   Shaun E. Sweeney
      Assistant U.S. Attorney

      Edward G. Siceloff
      POB 451
      Darlington, PA 16115

      Marketa Sims
      Assistant Federal Public Defender (stand-by counsel)

      United States Marshal

✎AO 72
(Rev. 8/82)