EXHIBIT LIST cont. — DEFENDANT'S EXHIBITS CR09-313

| NO. | ID | AD | DESCRIPTION |
|-----|----|----|-------------|
| 18 | ✓ | ✓ | LETTERS FROM EDWARD SICKLOFF TO IRS |
| 19 | ✓ | ✓ | " " " " " |
| 20 | ✓ | ✓ | " " " " " |
| 17 | ✓ | ✓ | USCA 44 §1505 |
| 2 | ✓ | ✓ | TITLE 26 INTERNAL REVENUE CODE 601 |
| 6 | ✓ | ✓ | BRIEF REGARDING 4 USC §72 |
| 21 | ✓ | ✓ | PUBLIC LAW 105-206 105 CONGRESS |
| 10 | ✓ | ✓ | 26 CFR §301.6201-1 |
| 11 | ✓ | ✓ | 26 CFR §301.6204-1 |
| 12 | ✓ | ✓ | 26 CFR §301.6203-1 |
| 14 | ✓ | ✓ | 26 CFR §301.6212-1 |
| 5 | ✓ | ✓ | DOCUMENTS - JURISDICTION OF STATE CEDED TO US |
| 7 | ✓ | ✓ | PUBLIC LAW 86-70 6-25-59 |
| 8 | ✓ | ✓ | PUBLIC LAW 86-624 7-12-60 |
| 9 | ✓ | ✓ | US CODE 26 CHAPTER 79 §7701 |
| 1 | | ✓ | TITLE 27: ATF PART 70 |
| 3 | | ✓ | IRS PRIVACY ACT NOTICE |
| 4 | | ✓ | USC 26 §4612 DEFINITIONS & RULES |
| 15 | | ✓ | 26 CFR §301.6211-1 |
| 16 | | ✓ | 44 USCA §1507 |
| 22 | | ✓ | DOCUMENTS FROM IRS |