IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 09-313
)
EDWARD SICELOFF )

## ORDER OF COURT

AND NOW, this 1st day of July, 2010, IT IS ORDERED that a sentencing hearing for the above-named defendant be, and the same hereby is, scheduled before this member of the court on **Wednesday, October 20, 2010, at 10:00 A.M.**, in Courtroom No. 8B, Eighth Floor, United States Post Office and Courthouse, Pittsburgh, Pennsylvania.   Defendant is required to be present.

s/Gustave Diamond
Gustave Diamond
United States District Judge

cc:  Shaun E. Sweeney
Assistant U.S. Attorney

Edward Siceloff

Marketa Sims
Assistant Federal Public Defender

United States Probation
United States Marshal

AO 72
(Rev. 8/82)