IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 09-313 |
| | ) |
| EDWARD SICELOFF | ) |

<u>ORDER OF COURT</u>

AND NOW, this 7th day of September, 2010, upon due consideration of defendant's Motion to Continue Sentencing (Document No. 50), and the government having no objection thereto, IT IS ORDERED that defendant's motion be, and the same hereby is, **granted**; and,

IT FURTHER IS ORDERED that sentencing in the above case previously set for October 20, 2010, be, and the same hereby is, reset to commence before this member of the court on **Tuesday, November 23, 2010, at 10:00 a.m.**, in Courtroom No. 8B, Eighth Floor, United States Post Office and Courthouse, Pittsburgh, Pennsylvania. Defendant is required to be present.

/s/ Gustave Diamond
Gustave Diamond
United States District Judge

AO 72
(Rev. 8/82)

cc: Shaun E. Sweeney
    Assistant U.S. Attorney

    Edward G. Siceloff
    POB 451
    Darlington, PA 16115

    Marketa Sims
    Assistant Federal Public Defender (stand-by counsel)

    United States Marshal

AO 72
(Rev. 8/82)