```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 09-313 |
| | ) | |
| EDWARD SICELOFF | ) | |

GOVERNMENT'S POSITION WITH RESPECT TO
THE PRESENTENCE INVESTIGATION REPORT

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Shaun E. Sweeney, Assistant United States Attorney for said district, submitting as follows:

Government counsel has received and reviewed the contents of the Presentence Investigation Report in the above-captioned case, and has no objections or requests for modification to the Presentence Investigation Report.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney


/s/ Shaun E. Sweeney
SHAUN E. SWEENEY
Assistant United States Attorney
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 644-3500 (Phone)
(412) 644-4549 (Fax)
Shaun.Sweeney@usdoj.gov
PA ID No. 53568