# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
)
)
vs. ) CR 09-313
EDWARD SICELOFF )
)
)
Defendants )

**HEARING ON** Sentencing

Before Judge Gustave Diamond

Shaun E. Sweeney, AUSA

Edward Siceloff (pro se)
Marketa Sims, AFPD (stand-by counsel)

Appear for Plaintiff

Appear for Defendant

Hearing Begun   11/23/10 @ 12:00 PM

Hrg Adjourned to   ---------------

Hrg concluded C.A.V.   12:50 PM

Stenographer   Kathy Myers

**WITNESSES**

For Plaintiff

For Defendant

ct convened; Gov't 1st witness, Christian Ehrhalt; test [proffer?] & ruling modified @ ¶ 6 as detailed on record; ∆ allocution; [PSR?] adopted as modified; ∆ sentenced to 12 mos imprisonment; 1 yr S/R w/ cnd. its stated on record; fine waived; $25 special assessment; ∆ advised of appellate rts; bond continued; ct adjourned